```
1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2772
5
6
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | MAG No. 3:04-MJ-00001 CMK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER WAIVING |
| | ) | PRELIMINARY HEARING |
| CARLOS ALBERTO PADILLA MARTINEZ, | ) | |
| | ) | Court: Hon. Kimberly J. Mueller |
| | ) | Date: October 2, 2006 |
| Defendant. | ) | Time: 2:00 p.m. |
| | ) | |

It is hereby stipulated by and between plaintiff United States of America, on the one hand, and defendant Carlos Alberto Padilla Martinez, on the other hand, through their respective counsel that:

1. Martinez voluntarily and intelligently waives his right under F.R. Crim.P.5(c) to a timely preliminary examination;

2. The October 2, 2006, at 2:00 p.m., hearing set for Martinez's preliminary hearing shall be vacated; and

///

///

///

3. Martinez's arraignment on an Indictment, if any, shall be held on October 18, 2006, at 2:00 p.m.

Dated: September 28, 2006
McGREGOR W. SCOTT
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney

Dated: September 28, 2006
/s/ Lorie Teichert
LORIE TEICHERT
Attorney for defendant
Carlos Alberto Padilla Martinez
(per telephone authorization)

_____

ORDER

As provided by the stipulation of the parties, and good cause appearing therefrom, the court hereby adopts the parties' stipulation in its entirety as the court's order.

Dated: October 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE